FILED
WILLIAMSPORT

APR 13 2023

PER  EA
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
|  | : CR. NO. 4:23-CR-00092 |
| v. | : |
|  | : (Chief Judge Brann) |
| TYRESE CURRY, | : |
|  | : |
| Defendant. | : |

# INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
21 U.S.C. § 841(a)(1)
(Distribution of Controlled Substances)

On or about February 14, 2023, in Clinton County, within the Middle District of Pennsylvania and elsewhere, the defendant,

**TYRESE CURRY,**

did knowingly, intentionally and unlawfully possess with intent to distribute and did distribute fentanyl and 50 grams and more of a mixture or substance containing methamphetamine, Schedule II controlled substances.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
21 U.S.C. § 841(a)(1)
(Distribution of Controlled Substances)

On or about March 2, 2023, in Clinton County, within the Middle District of Pennsylvania and elsewhere, the defendant,

**TYRESE CURRY,**

did knowingly, intentionally and unlawfully possess with intent to distribute and did distribute fentanyl and 50 grams and more of a mixture or substance containing methamphetamine, Schedule II controlled substances.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

THE GRAND JURY FURTHER CHARGES:

## COUNT 3
21 U.S.C. § 841(a)(1)
(Possession With Intent to Distribute Controlled Substances)

On or about March 16, 2023, in Clinton County, within the Middle District of Pennsylvania and elsewhere, the defendant,

**TYRESE CURRY,**

did knowingly, intentionally and unlawfully possess with intent to distribute 40 grams and more of a mixture or substance containing fentanyl and 50 grams and more of a mixture or substance containing methamphetamine, Schedule II controlled substances.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

A TRUE BILL

GERARD M. KARAM
United States Attorney

*signature*
ALISAN V. MARTIN
Assistant United States Attorney

███████████
FOREPERSON

4/13/23
Date

3